ACCEPTED
04-15-00487-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 6:15:15 PM
KEITH HOTTLE
CLERK

NO. 04-15-00487-CV

# In the Fourth Court of Appeals
## San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 6:15:15 PM
KEITH E. HOTTLE
Clerk

CONOCOPHILLIPS COMPANY et al.

v.

LEON OSCAR RAMIREZ, JR. et al.

---

## APPELLEES' MOTION TO REINSTATE APPEAL

---

TO THE HONORABLE FOURTH COURT OF APPEALS:

Leon Oscar Ramirez, Jr. and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Appellees and Cross-Appellants, file this motion to reinstate the appeal and for cause show:

1. On November 11, 2015, ConocoPhillips Company, defendant in the trial court and one of the appellants, filed a notice of bankruptcy stating that on October 26, 2015, while this appeal was pending, Leon Oscar Ramirez, Jr., Appellee and Cross-Appellant in this appeal, filed a petition in bankruptcy, in Case Number 15-50164, in the United States Bankruptcy Court for the Southern District of Texas, Laredo Division, styled *In re Leon Oscar Ramirez, Jr.*

2. On November 13, 2015, this Court ordered the appeal abated and removed from the court's active docket pursuant to Tex. R. App. P. 8.2. The Court also ordered

that the appeal would be reinstated upon proper motion and proof. Tex. R. App. P. 8.3.

3. On November 18, 2015, the Bankruptcy Court signed an order lifting the automatic stay provided by 11 U.S.C. § 362, precisely so that this appeal may continue to judgment. Attached hereto is a true and correct copy of the Bankruptcy Court's order lifting the automatic stay.

4. Therefore, Appellees and Cross-Appellants request that the Court reinstate the appeal on the Court's active docket.

/s/ Alberto Alarcon
Alberto Alarcon
  State Bar No. 00968425
HALL, QUINTANILLA & ALARCON, LC
P.O. Box 207
1302 Washington
Laredo, Texas 78042-0207
(956) 723-5527
(956) 723-8168 (fax)
aalarcon@sbcglobal.net

Lisa Bowlin Hobbs
  State Bar No. 24026905
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
(512) 476-6000
(512) 476-6002 (fax)
lisa@kuhnhobbs.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served on this 18th day of November, 2015, to the following parties and counsel as designated:

Michael V. Powell                                    via e-service
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

John A. Kazen                                        via e-service
211 Calle del Norte, Suite 100
Laredo, Texas 78041-6237

Bruce J. Werstak, III                                via e-service
6721 McPherson Road, Suite 360
Laredo, TX 78041

Jesse R. Castillo                                    via e-service
Bank of America Plaza, Suite 1020
300 Convent St.
San Antonio, Texas 78205

/s/ Alberto Alarcon
Alberto Alarcon

3